IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BRICE SCOTT MORSE,**

    Plaintiff,

v.                                                                                              No. 14-cv-0135 CG/SMV

**TOMMY TESILLO**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        March 25, 2014, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is hereby set for **March 25, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.