UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRICE SCOTT MORSE,

    Plaintiff,

vs.                                        No. 2:14-cv-00135-MV-SMV

TOMMY TESILLO,

    Defendant.

## ORDER EXTENDING PRETRIAL MOTIONS DEADLINE

This matter comes on before the undersigned upon the Joint Motion of the parties to extend the Pretrial Motions deadline from December 11, 2014, to January 12, 2015.

For good cause shown this Court grants said motion and extends the deadline for Pretrial Motions to be filed to January 12, 2015. No other deadlines are affected by this Order.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

**APPROVED BY:**

*/s/ Clifton D. Naifeh*
Clifton D. Naifeh
CLIFTON D. NAIFEH
NAIFEH & ASSOCIATES
A Professional Corporation
870 Copperfield Drive, Suite B
Norman, OK 73072
(405) 292-2244
(405) 292-2288 FAX
naifehlaw@coxinet.net

and

GREGORY W. CHASE
7801 Academy Street N.E.
Bldg. 2, Suite 104
Albuquerque, NM 87109
(505) 888-6463
(505) 888-6465 FAX
greg@gregchaselaw.com

 *Attorneys for Plaintiff*

*Approved by Wesley Johnson*
*via email dated December 1, 2014*
(Signed with permission)
WESLEY G. JOHNSON
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 FAX
wes.johnson@cooperscully.com

 *Attorney for Defendant*